FILED

10/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0064

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0064

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RONALD ALAN HUMMEL,

      Defendant and Appellant.

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 8, 2021, within which to prepare, serve, and file its response brief.

**JMK**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 29 2021